# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| SHATORIA K PITTS BEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 5:23-cv-411 (MTT) |
| ) | |
| CARS R US OMG, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Pro se Plaintiff Shatoria K Pitts "Bey" filed this action and contemporaneously moved for leave to proceed *in forma pauperis* ("IFP"). Docs. 1; 2. Because of discrepancies between the financial affidavit filed in this case and the financial affidavit Pitts recently filed in a separate case, the Court ordered Pitts to refile and address the discrepancies along with a recast complaint pursuant to 28 U.S.C. § 1915(e). Doc. 3. She failed to do so. Pitts was subsequently ordered to show cause within fourteen days, why this case should not be dismissed and was also advised that failure to fully and timely comply with this Court's order may result in the dismissal of this action. She did not respond. Accordingly, this case is hereby **DISMISSED** without prejudice. *See Brown v. Tallahassee Police Dep't*, 205 F. App'x 802, 802 (11th Cir. 2006) (citing *Lopez v. Aransas Ctny. Indep. Sch. Dist.*, 570 F.2d 541, 544 (5th Cir. 1978) ("The court may dismiss an action sua sponte … for failure to prosecute or failure to obey a court order.").

-2-

**SO ORDERED**, this 4th day of December, 2023.

S/ Marc T. Treadwell
MARC T. TREADWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
