IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| SHATORIA K PITTS BEY, | * |
| Plaintiff, | * |
| v. | Case No.   5:23-cv-411-MTT |
| | * |
| CARS R US OMG , | |
| | * |
| Defendant. | |
| _____ | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated December 4, 2023, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendant.

This 4th day of December, 2023.

David W. Bunt, Clerk

s/ Shabana Tariq, Deputy Clerk